**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-02005-LTB

MARK DOWNARE,

        Plaintiff,

v.

GC SERVICES, LP,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 6 - filed December 29, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                 BY THE COURT:

                                   s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED:   December 30, 2010